■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON CAMACHO, Appellant. [617 NYS2d 751] —Judgment, Supreme Court, New York County (Frederic S. Berman, J., at hearing; Joan Sudolnik, J., at trial and sentence), rendered June 26, 1992, convicting defendant, after a jury trial, of robbery in the third degree and sentencing him to a term of 2½ to 5 years imprisonment, to be served consecutively to a previously imposed sentence, unanimously affirmed.

A defendant's right to be present at sidebar discussions

during jury *voir dire,* whether the subject concerns specific bias *(People v Sloan,* 79 NY2d 386) or general bias *(People v Antommarchi,* 80 NY2d 247), is applied only *prospectively* from the date of the decision in *Antommarchi*—October 27, 1992 *(People v Sprowal,* 84 NY2d 113). Since the *voir dire* in this case preceded that date, defendant's absence at the side-bar conferences cannot be a basis for reversing the judgment. Nor do we perceive an abuse of discretion in making the sentence consecutive to a previously imposed but as yet un-served sentence. Concur—Ellerin, J. P., Ross, Asch, Rubin and Williams, JJ.